IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02046-PAB-MJW

MARK RICE,

Plaintiff(s),

v.

STERLING COLLISION CENTERS, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Vacate the Scheduling/Planning Conference (Docket No. 8) is granted.  The Scheduling Conference set on September 24, 2014, at 2:00 p.m. is VACATED.  Plaintiff shall file a motion to reschedule the conference if and when defendant appears in this action.

Date: September 2, 2014